IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-280-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANTHONY FOGLE,

    Defendant.

---

### NOTICE OF DISPOSITION

---

Defendant Anthony Fogle, by and through his counsel Mark C. Johnson, gives notice to the Court that he has reached a disposition with the Government and requests that the Court authorize the parties to contact chambers and set the case for a change of plea hearing.

**DATED May 3, 2024**

Respectfully Submitted,

*s/ Mark C. Johnson*

_____
Mark C. Johnson
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
(303) 448-8836
Mark.Johnson68@gmail.com
**COUNSEL FOR DEFENDANT ANTHONY FOGLE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024 I electronically served the foregoing motion electronically by filed the motion with the Clerk of the Court using the CM/ECF system, that will send notice of such filing to the parties in the case.

*s/ Mark C. Johnson*
_____
Mark C. Johnson